UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-60314-CIV-SEITZ/O'SULLIVAN

EUGENE J. STRASSER, MD, P.A.
D/B/A COSMEPLAST,
    Plaintiff,

vs.

NATIONWIDE MUTUAL INSURANCE,
    Defendant.

_____/

### ORDER

THIS MATTER comes before the Court on an informal discovery conference held before the undersigned on December 15, 2009. Having heard argument from the parties, it is

ORDERED AND ADJUDGED that Defendant's Request for Protective Order for the depositions of Peter Lore, David Thoman, and Chris Cargill is GRANTED in part and DENIED in part in accordance with this Order. The defendant shall produce for deposition the person with the most personal knowledge about the claim that is the subject of this lawsuit, and specifically with the most knowledge of the payment approved for repair of the granite on the subject building.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **15th** day of December, 2009.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All Counsel of Record